IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

BRIDGE DISTRICT HOLDINGS, LLC, )
)
        Plaintiff, ) TC-MD 140093C
)
    v. )
)
MULTNOMAH COUNTY ASSESSOR, )
)
        Defendant. ) **FINAL DECISION OF DISMISSAL**

      The court entered its Decision of Dismissal in the above-entitled matter on July 15, 2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days after its Decision of Dismissal was entered. The court's Final Decision of Dismissal incorporates its Decision of Dismissal without change.

      This matter is before the court on Plaintiff's request to dismiss the case as moot, filed July 8, 2014. In its request Plaintiff states that "the County Assessor's Office has corrected the role in the above-entitled matter," and the Plaintiff "concur[s] * * * that the appeal in this matter is now moot and that the case should be dismissed." (Ptf's Ltr at 1, July 8, 2014.) Because the parties are in agreement, the court finds that Plaintiff's request should be granted. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of August 2014.


_____
DAN ROBINSON
MAGISTRATE


*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within __60__ days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Magistrate Dan Robinson on August 4, 2014. The court filed and entered this document on August 4, 2014.*